DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
MIRIAM L. SCHIMMEL, ESQ. SBN 185089
miriam@gaineslawfirm.com
GAINES & GAINES, APLC
27200 Agoura Rd., Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff Marty Linebarger, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 *et seq.*

[ADDITIONAL PARTY AND COUNSEL LISTED ON NEXT PAGE]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARTY LINEBARGER, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 *et seq.*,<br><br>Plaintiff,<br><br>v.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 8:20−cv−00309−JWH−JDE<br>[Previously Orange County Superior Court No. 30-2020-01122257-CU-OE-CJC, now before the Honorable John W. Holcomb]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 6, 2020<br>Removed: February 14, 2020<br>Trial Date: January 24, 2022 |

1  Danielle Hultenius Moore (SBN 232480)
   E-Mail: dmoore@fisherphillips.com
2  Christopher M. Jevsevar (SBN 311106)
   E-Mail: cjevsevar@fisherphillips.com
3  Phillip G. Simpler (SBN 292486)
   E-Mail: psimpler@fisherphillips.com
4  FISHER & PHILLIPS LLP
5  4747 Executive Drive, Suite 1000
   San Diego, California 92121
6  Telephone: (858)597-9600
   Facsimile: (858)597-9601
7
8
9  Attorneys for Defendant
   Graphic Packaging International, LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a global settlement of this matter, along with two separate actions venued in other California courts. The parties are in the process of preparing a formal settlement agreement which will be circulated between all parties for review and approval. Based thereon, the parties agree and request that the Court stay this matter and vacate all currently pending dates, pending settlement approval through one of the companion cases.

**IT IS SO STIPULATED**.

Dated: August 24, 2021           Respectfully submitted,

                                 GAINES & GAINES
                                 A Professional Law Corporation

                                 By: *Miriam L. Schimmel*
                                     MIRIAM L. SCHIMMEL
                                     Attorneys for Plaintiffs

Dated: August 24, 2021           FISHER & PHILLIPS LLP

                                 By: *Phillip Simpler*
                                     DANIELLE HULTENIUS MOORE
                                     PHILLIP SIMPLER
                                     Attorneys for Defendant

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 24, 2021           Respectfully submitted,

                                 GAINES & GAINES
                                 A Professional Law Corporation

                                 By: *Miriam L. Schimmel*
                                     MIRIAM L. SCHIMMEL
                                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 27200 Agoura Road, Suite 101, Calabasas, CA 91301.

On August 24, 2021, I served the foregoing document entitled: JOINT NOTICE OF SETTLEMENT on the interested parties in this action by serving copies of the document as follows:

**Danielle H. Moore (dmoore@fisherphillips.com)**
**Phillip G. Simpler (psimpler@fisherphillips.com)**
**Benjamin Carney (bcarney@fisherphillips.com)**
**FISHER & PHILLIPS, LLP**
**4747 Executive Drive, Suite 1000**
**San Diego, CA 92121**
**Telephone: (858) 597-9600**
**Facsimile: (858) 597-9601**
**Attorneys for Defendant Graphic Packaging International, LLC**

On the above date:

_____ (BY ☐ U.S. MAIL/ BY☐ CERTIFIED MAIL, RETURN RECEIPT REQUESTED) The sealed envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

  XX   (BY ELECTRONIC TRANSMISSION) I served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2021 at Calabasas, California.

*Miriam Schimmel*
MIRIAM SCHIMMEL