1 DANIEL F. GAINES (SBN 251488)
daniel@gaineslawfirm.com
2 ALEX P. KATOFSKY (SBN 202754)
alex@gaineslawfirm.com
3 MIRIAM L. SCHIMMEL (SBN 185089)
miriam@gaineslawfirm.com
4 **GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
5 Calabasas, CA 91301
Telephone: (818) 703-8985
6 Facsimile: (818) 703-8984

7 Attorneys for Plaintiff
MARTY LINEBARGER
8
Danielle Hultenius Moore (SBN 232480)
9 E-Mail: dmoore@fisherphillips.com
Phillip G. Simpler (SBN 292486)
10 E-Mail: psimpler@fisherphillips.com
FISHER & PHILLIPS LLP
11 4747 Executive Drive, Suite 1000
San Diego, California 92121
12 Telephone: (858)597-9600
Facsimile: (858)597-9601
13
Attorneys for Defendant
14 GRAPHIC PACKAGING INTERNATIONAL, LLC

15

16
UNITED STATES DISTRICT COURT
17
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
18

| | |
|---|---|
| MARTY LINEBARGER, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 8:20−cv−00309−JWH−JDE<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

STIPULATION FOR ORDER OF DISMISSAL

1  Please take notice that, pursuant to Rule 41(a)(1), Federal Rules of Civil
2  Procedure, Plaintiff MARTY LINEBARGER and Defendant GRAPHIC
3  PACKAGING INTERNATIONAL, LLC, by and through their respective counsel,
4  hereby stipulate to the dismissal without prejudice of this action.

   Each side to bear its own costs and fees.

   IT IS SO STIPULATED.


Dated:  March 31, 2022                GAINES & GAINES, APLC

                                      By: /s/ Daniel F. Gaines
                                          DANIEL F. GAINES
                                          ALEX P. KATOFSKY
                                          Attorneys for Plaintiff
                                          MARTY LINEBARGER


Dated:  March 31, 2022                FISHER & PHILLIPS LLP

                                      By: /s/ Phillip G. Simpler
                                          DANIELLE HULTENIUS MOORE
                                          CHRISTOPHER M. JEVSEVAR
                                          PHILLIP G. SIMPLER
                                          *(Electronic signature authorized by
                                          Phillip G. Simpler on March 31, 2022)*
                                          Attorneys for Defendant
                                          GRAPHIC PACKAGING
                                          INTERNATIONAL, LLC.

1
STIPULATION FOR ORDER OF DISMISSAL